# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Jerohn Mizell, | : |
| | : Civil Action No.: 4:15-cv-00550_RAS |
| Plaintiff, | : |
| v. | : |
| | : |
| Conn Appliances, Inc., | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Jerohn Mizell | Conn Appliances, Inc. |
|---|---|
| ___/s/ Jody B. Burton_____ | __/s/ Christopher M. Jordan_____ |
| Jody B. Burton, Esq. | Michael A. Harvey |
| CT Bar No. 422773 | Christopher M. Jordan |
| LEMBERG LAW, L.L.C. | Munsch Hardt Kopf & Harr, P.C. |
| 43 Danbury Road, 3rd Floor | 700 Milam Street, Suite 2700 |
| Wilton, CT 06897 | Houston, TX 77002 |
| Telephone: (203) 653-2250 | 713.222.1470 |
| Facsimile: (203) 653-3424 | Attorneys for Defendant |
| jburton@lemberglaw.com | |
| Attorney for Plaintiff | |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2021, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Jody B. Burton
      Jody B. Burton