# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

|   |   |
|---|---|
| Jerohn Mizell, | : |
| Plaintiff, | : Civil Action No.:  4:15-cv-00550_RAS |
| v. | : |
| Conn Appliances, Inc., | : |
| Defendant. | : |

## ORDER GRANTING STIPULATION OF DISMISSAL

Having reviewed the parties' Stipulation of Dismissal (Dkt. #82) and for good cause shown, it is hereby ORDERED that this case is dismissed with prejudice.

**SIGNED this the 7th day of July, 2021.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE